1 WILLIAM L. BOWEN, SBN 229938
  BOWEN & NGUYEN, LLP
2 2540 Douglas Blvd., Suite 200
  Roseville, CA 95661
3 Telephone: 916.742.2220
  Facsimile: 916.288.9858
4 Bill@BowenNguyen.com

5 Attorneys for Plaintiff KEVIN BESS

6 MICHAEL G. PEDHIRNEY, Bar No. 233164
  LITTLER MENDELSON, P.C.
7 333 Bush Street, 34th Floor
  San Francisco, CA 94104
8 Telephone: 415.433.1940
  mpedhirney@littler.com

9
  JOHN H. ADAMS, JR., Bar No. 253341
10 LITTLER MENDELSON, P.C.
   500 Capitol Mall
11 Suite 2000
   Sacramento, CA 95814
12 Telephone: 916.830.7200
   jhadams@littler.com

13
   Attorneys for Defendant
14 ADAMS & ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BESS,<br><br>            Plaintiff,<br><br>   v.<br><br>ADAMS & ASSOCIATES, INC.,<br><br>            Defendant. | Case No. 2:17-cv-00173-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE NON-EXPERT DISCOVERY CUTOFF** |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIP & ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF          Case No. 2:17-cv-00173-TLN-KJN

Plaintiff Kevin Bess ("Plaintiff") and Defendant Adams & Associates, Inc. ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the November 8, 2019, non-expert discovery cutoff by 60 days, until January 7, 2020. In support of this stipulation, the parties offer the following:

1. The Parties believe that the current fact discovery cutoff does not allow enough time to complete the discovery that the Parties anticipate they will need.

2. The Parties believe they require a limited extension of time to complete discovery and depositions without affecting any other deadline established by the Court.

3. Having reviewed the respective schedules of counsel, the Parties believe that an extension of the fact discovery cutoff from November 8, 2019, to January 7, 2020, would allow the parties sufficient time to complete fact discovery without affecting any other deadlines.

**THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that the cutoff for non-expert discovery be extended by 60 days, making the new deadline January 7, 2020.

**IT IS SO STIPULATED.**

Dated: October 11, 2019

*/s/ William L. Bowen* (as authorized on 10.11.19)
WILLIAM L. BOWEN
BOWEN & NGUYEN, LLP
Attorneys for Plaintiff
KEVIN BESS

Dated: October 11, 2019

*/s/ John H. Adams, Jr.*
MICHAEL G. PEDHIRNEY
JOHN H. ADAMS, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ADAMS & ASSOCIATES, INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIP & ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF

Case No. 2:17-cv-00173-TLN-KJN

**IT IS SO ORDERED.**

DATED: October 15, 2019

_____
Troy L. Nunley
United States District Judge

JOINT STIP & ORDER TO CONTINUE NON-EXPERT DISCOVERY CUTOFF — 2. — Case No. 2:16-cv-02300-TLN-KJN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200