WILLIAM L. BOWEN, SBN. 229938
BOWEN LAW FIRM
2540 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 742-2220
Fax: (916) 288-9858
wlb@bowenlegal.com

Attorneys for Plaintiff,
KEVIN BESS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN BESS,<br><br>    Plaintiff,<br><br> v.<br><br>ADAMS & ASSOCIATES, INC., a Nevada corporation; and DOES 1 to 25 inclusive,<br><br>    Defendant. | Case No.: 2:17-cv-00173-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE THE PERIOD FOR DISCOVERY AND TO CONTINUE EXPERT DISCLOSURE AND DISPOSITIVE MOTION DEADLINES** |

  Plaintiff Kevin Bess ("Plaintiff") and Defendant Adams & Associates, Inc. ("Defendant") (collectively "Parties"), by and through their respective counsel of record, hereby stipulate to extend the non-expert discovery cutoff by 90 days, from January 7, 2020 to April 6, 2020, as well as the expert disclosure deadline and last day to hear dispositive motions. This is a second request by the parties to extend discovery, as the initial order from the court contained a discovery cutoff of November 8, 2019. This is the first request of the Parties to continue other deadlines in this action. In support of this stipulation, the Parties offer the following:

  1.  The Parties believe that the current fact discovery cutoff does not allow enough time to complete the discovery that the Parties anticipate they will need.

2. The deposition of Plaintiff Bess has been partially completed and by agreement of the Parties will be completed at a date to be agreed upon. Upon completion of Plaintiff's deposition, the Parties will schedule the deposition of Defendant's Person Most Knowledgeable.

3. The Parties believe they require a limited extension of time to complete discovery and depositions and, out of an abundance of caution, wish to continue the deadline for disclosure of expert witnesses and the last day to hear dispositive motions. The current expert disclosure deadline is January 9, 2020, and the current last day to hear dispositive motions is May 14, 2020. There is no trial currently date set in this action.

4. Having reviewed the respective schedules of counsel, the Parties believe that an extension of the fact discovery cutoff from January 7, 2020, to April 6, 2020, would allow the Parties sufficient time to complete fact discovery. The Parties also believe that a continuance of the expert disclosure deadline from January 9, 2020, to April 16, 2020, and a continuance of the last day to hear dispositive motions from May 14, 2020, to August 14, 2020, would allow for completion of all discovery and the filing of dispositive motions, should such be determined to be necessary, without undue delay of this matter.

**THEREFORE**, the Parties stipulate and agree, subject to approval by the Court, that the cutoff for non-expert discovery be extended to April 6, 2020; that the expert witness disclosure deadline be extended to April 16, 2020; and the last day to hear dispositive motions be continued to August 14, 2020.

**IT IS SO STIPULATED.**

Dated: January 3, 2020

By: _/s/ William L. Bowen_____
WILLIAM L. BOWEN
BOWEN LAW FIRM
Attorney for Plaintiff,
KEVIN BESS

Dated: January 3, 2020

By: _/s/ John H. Adams, Jr._____
MICHAEL G. PEDHIRNEY
JOHN H. ADAMS, JR.
LITTLER MENDELSON, P.C.
Attorney for Defendant,
ADAMS & ASSOCIATES, INC.

STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF

## **ORDER**

**IT IS HEREBY ORDERED** that the cutoff for non-expert discovery is extended to April 6, 2020; the expert witness disclosure deadline is extended to April 16, 2020; and the last day to hear dispositive motions is continued to August 20, 2020.

Dated: January 6, 2020

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF