WILLIAM L. BOWEN, SBN. 229938
BOWEN LAW FIRM
2540 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 742-2220
Fax: (916) 288-9858
wlb@bowenlegal.com

Attorneys for Plaintiff,
KEVIN BESS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN BESS,<br><br>            Plaintiff,<br><br>    v.<br><br>ADAMS & ASSOCIATES, INC., a Nevada corporation; and DOES 1 to 25 inclusive,<br><br>            Defendant. | Case No.: 2:17-cv-00173-TLN-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE PERIOD FOR DISCOVERY BEYOND THE INITIAL CUTOFF** |

      Plaintiff Kevin Bess ("Plaintiff") and Defendant Adams & Associates, Inc. ("Defendant") (collectively "Parties"), by and through their respective counsel of record, hereby stipulate to extend the non-expert discovery cutoff by 90 days, from July 27, 2020 to October 26, 2020.  The parties further request that the expert witness disclosure deadline be extended from August 7, 2020 to November 6, 2020 and that the last day to hear dispositive motions is continued to April 8, 2021.  The parties have made prior requests to continue discovery based on issues with the availability of witnesses and other issues.  This request is made in light of the Covid-19 pandemic and technical issues which arose with attempts by the parties to complete the depositions of the parties.  All Parties hereby confirm that they have met and conferred through-out the discovery process and continue to work to complete discovery in a timely and reasonably safe manner.  In support of this stipulation, the parties offer the following:

1

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF

1. The Parties believe that the current fact discovery cutoff does not allow enough time to complete the discovery that the Parties anticipate they will need.

2. The Parties have met and conferred in good faith to complete fact discovery before the current pending deadline of July 27, 2020.  However, the Covid-19 pandemic and technical issues with setting remote depositions have created a series of delays beyond the control of the parties or their counsel.

3. The Parties recognize that they have previously requested an extension of discovery deadlines in this matter, but they believe that a further extension is necessary to complete discovery in a manner that believe they require a limited extension of time to complete discovery and depositions without affecting any other deadline established by the Court.

4. Having reviewed the respective schedules of counsel, the Parties believe that an extension of the fact discovery cutoff by 90 days would allow the parties sufficient time to complete fact discovery without prejudicing the rights of either party.

**THEREFORE**, the Parties stipulate and agree, subject to approval by the Court, that the cutoff for non-expert discovery be extended by 90 days, making the new deadline October 26, 2020.  The parties further request that the deadline for expert witness disclosure be extended to November 6, 2020 and the last day to hear dispositive motions is continued to April 8, 2021

**IT IS SO STIPULATED.**

Dated:  July 20, 2020

By: _/s/ William L. Bowen_____
WILLIAM L. BOWEN
BOWEN LAW FIRM
Attorney for Plaintiff,
KEVIN BESS

Dated:  July 20, 2020

By: _/s/ John H. Adams, Jr._____
MICHAEL G. PEDHIRNEY
JOHN H. ADAMS, JR.
LITTLER MENDELSON, P.C.
Attorney for Defendant,
ADAMS & ASSOCIATES, INC.

**ORDER**

IT IS HEREBY ORDERED that the cutoff for non-expert discovery is extended to **October 26, 2020**; the expert witness disclosure deadline is extended to **November 6, 2020**; and the last day to hear dispositive motions is continued to **April 15, 2021**.

Dated:  July 24, 2020

_____
Troy L. Nunley
United States District Judge